**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LUDVIN LEONEL VILLAFUERTE MIRANDA,

Petitioner

v.

JOHN MATTOS, et al.,

Respondents

Case No.: 2:26-cv-01389-APG-BNW

**Order (1) Granting Motions to Extend Time, (2) Granting Motion for Leave to Proceed In Forma Pauperis**

[ECF Nos. 9, 10, 11, 13, 15, 16]

I ORDER that the parties' motions to extend time **(ECF Nos. 9, 11, 13, 15, 16) are GRANTED**.

I FURTHER ORDER that petitioner's motion for leave to proceed in forma pauperis **(ECF No. 10) is GRANTED**.

DATED this 26th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE